JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>REPUBLIC WESTERN INSURANCE COMPANY; REPWEST INSURANCE COMPANY,<br><br>            Defendants. | Case No.  CV 13-7491-GW(VBKx)<br><br>**ORDER RE: JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>Courtroom:  10<br>Judge:        Honorable George H. Wu |

The Court, having reviewed the JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS filed by Safety National Casualty Corporation, Republic Western Insurance Company and Repwest Insurance Company ("Stipulation"), HEREBY ORDERS as follows:

The Stipulation is granted.  All claims shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 1, 2014

_____
Honorable George H. Wu
United States District Court
Central District of California